## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ALLEN F. BIALEK,                                             Civil Action No. 09-10208

                Plaintiff(s),                    District Judge Sean F. Cox

    v.

VERTIS COMMUNICATIONS, INC.,


                Defendant(s).

_____/


### ORDER RENDERING MOTIONS WITHDRAWN

At the hearing held on May 21, 2009, the parties indicated that they were withdrawing their

motions;

Therefore, Plaintiff's Motion to Remand (D/E 4) and Defendant's Motion to Dismiss (D/E

3) are deemed WITHDRAWN.

    SO ORDERED


                s/Sean F. Cox
                Sean F. Cox
                United States District Judge

Dated:  June 2, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on
June 2, 2009, by electronic and/or ordinary mail.

                s/Jennifer Hernandez
                Case Manager