UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Allen F. Bialek,

    Plaintiff,                            Case No. 09-10208

v.                                          Hon. Sean F. Cox

American Color Graphics, Inc.,
Vertis, Inc.,

    Defendants.

_____/

## **ORDER STRIKING**
## **PLAINTIFF'S REPLY BRIEF (DOCKET ENTRY NO. 47)**

The following brief is in violation fo the page limitations set forth in Rule 7.1 of the Local Rules for the Eastern District of Michigan:

**PLAINTIFF'S REPLY BRIEF (DOCKET ENTRY NO. 47)**

IT IS HEREBY ORDERED that the above brief [Docket Entry No. 47] is STRICKEN from the record and the Clerk of the Court is directed to annotate the record in the ECF system to indicate the document is stricken. PLAINTIFF shall have five (5) days from the date of this order to file a brief in compliance with the Rule.

IT IS SO ORDERED.

                                              S/Sean F. Cox
                                              SEAN F. COX
                                              UNITED STATES DISTRICT JUDGE

Date: April 8, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 9, 2010, by electronic and/or ordinary mail.

                                              S/Jennifer Hernandez
                                              Case Manager