UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Allen F. Bialek,

    Plaintiff,                                                Case No. 09-10208

v.                                                              Hon. Sean F. Cox

American Color Graphics, Inc.,
Vertis, Inc.,

    Defendants.

_____/

## **ORDER DENYING DEFENDANTS' MOTION TO STRIKE**

On April 7, 2010, Defendants filed a "Motion to Strike Docket Entry Nos. 47 and 48." (Docket Entry No. 50.

In connection with this Court's normal practices, this Court has already issued an order striking Docket Entry No. 47 because it exceeds the allowable page limits.

As to the remaining submission that Defendants ask this Court to strike as untimely – Docket Entry No. 48 – the Court shall **DENY** that request. Although Docket Entry No. 48 was untimely, the document is substantially similar to Plaintiff's submission filed as Docket Entry No. 41, and the Court does not believe that Defendants will be unduly burdened by responding to Docket Entry No. 48. Defendants shall have until **April 19, 2010** to file a response to Docket Entry No. 48.

    **IT IS SO ORDERED**.

                                                                              S/Sean F. Cox
                                                                              SEAN F. COX
                                                                              UNITED STATES DISTRICT JUDGE

Date: April 8, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 9, 2010, by electronic and/or ordinary mail.

S/Jennifer Hernandez  
Case Manager